TOM E. WILSON (CA SBN 73188)
TWilson@mofo.com
JOSHUA A. GORDON (CA SBN 199763)
JGordon@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
JAMES E. BODDY, JR. (CA SBN 65244)
JBoddy@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
PANDA RESTAURANT GROUP, INC., and
PANDA EXPRESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGELICA DE LOS SANTOS; LUCIA SALAZAR; DASHA BAYS; individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PANDA EXPRESS, INC., a California corporation; PANDA RESTAURANT GROUP, INC., a California corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-10-1370 SBA (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL**<br><br><u>Original Hearing</u><br>Date: December 21, 2010<br>Time: 9:00 a.m.<br>Dept.: Courtroom E, 15th Floor, San Francisco<br><br><u>Stipulated New Hearing</u><br>Date: January 11, 2011<br>Time: 9:00 a.m.<br>Dept.: Courtroom E, 15th Floor, San Francisco<br>Judge: Magistrate Judge Elizabeth D. Laporte<br><br>Action Filed: March 31, 2010 |

STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL
CASE NO. CV-10-1370 SBA (EDL)
pa-1437446

1

Plaintiffs Angelica De Los Santos, Lucia Salazar and Dasha Bays (collectively "Plaintiffs") and Defendants Panda Express Inc. and Panda Restaurant Group, Inc. (collectively, "Defendants") (Plaintiffs and Defendants collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to continue the hearing on Plaintiffs' Motion to Compel currently set for December 21, 2010 at 9:00 a.m. in Courtroom E of the above-entitled Court to January 11, 2011 at 9:00 a.m. in Courtroom E, in order to provide additional time to resolve remaining open issues. The Parties further stipulate and agree to file with the Court a Joint Submission outlining the remaining issues, if any, after the Parties' continued meet and confer efforts. The Parties will file this Joint Submission no later than December 21, 2010.

Dated: December 14, 2010

ARTURO J. GONZÁLEZ
TOM E. WILSON
JAMES E. BODDY, JR.
JOSHUA A. GORDON
MORRISON & FOERSTER LLP

By: /s/ James E. Boddy, Jr.
     JAMES E. BODDY, JR.

Attorneys for Defendants
PANDA RESTAURANT GROUP,
INC., and PANDA EXPRESS, INC.

Dated: December 14, 2010

MATTHEW RIGHETTI
JOHN GLUGOSKI
RIGHETTI • GLUGOSKI, P.C.

By: /s/ Matthew Righetti
     MATTHEW RIGHETTI

Attorneys for Plaintiffs
ANGELICA DE LOS SANTOS;
LUCIA SALAZAR; DASHA BAYS

STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL
CASE NO. CV-10-1370 SBA (EDL)
pa-1437446

2

1 **[PROPOSED] ORDER**

2  For good cause shown, the hearing on Plaintiff's motions to compel is continued to

3 January 11, 2011 at 9:00 a.m.

4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5  Dated: Dec. 15, 2010  _____

6  *Elizabeth D. Laporte*

7  Magistrate Judge Elizabeth D. Laporte
    United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL
CASE NO. CV-10-1370 SBA (EDL)
pa-1437446

3